1  WILLIAM J. SAYERS (SBN 078038)
   wsayers@mckennalong.com
2  FARAH S. NICOL (SBN 162293)
   fnicol@mckennalong.com
3  BRADFORD J. DEJARDIN (SBN 195764)
   bdejardin@mckennalong.com
4  COURTNEY E. VAUDREUIL (SBN 223439)
   cvaudreuil@mckennalong.com
5  MCKENNA LONG & ALDRIDGE LLP
   300 South Grand Avenue, 14th Floor
6  Los Angeles, CA  90071-3124
   Telephone:  (213) 688-1000
7  Facsimile:  (213) 243-6330

8  Attorneys for Defendants
   **CERTAINTEED CORPORATION**;
9  **DANA COMPANIES, LLC;**
   **METALCLAD INSULATION CORPORATION;**
10 **and UNION CARBIDE CORPORATION**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAITHER WARD, | CASE NO.  2:12-cv-10490-SVW (PLAx) |
| Plaintiff, | Assigned to:   Hon. Stephen V. Wilson |
| v. | Referred to:   Magistrate Paul L. Abrams |
| 84 LUMBER COMPANY; *et al.*, | |
| Defendants. | **DEFENDANT DANA COMPANIES, LLC'S CERTIFICATE AS TO INTERESTED PARTIES** |
| | Complaint Filed:  November 2, 2012 |
| | Date Removed:  December 7, 2012 |
| | Trial Date:  None Set |

MCKENNA LONG & ALDRIDGE LLP
LOS ANGELES

DEFENDANT DANA COMPANIES, LLC'S
CERTIFICATE AS TO INTERESTED PARTIES -
CASE NO. 2:12-cv-10490-SVW (PLAx)

LA:18000632.1

Pursuant Federal Rules of Civil Procedure 7.1, the undersigned, counsel of record for Dana Companies, LLC, certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(1) Dana Companies, LLC's sole member is Dana Holding Corporation; however, Dana Holding Corporation **does not** have a pecuniary interest in the outcome of this case.

(2) Insurance companies which **may** have a pecuniary interest in the outcome of this case:

AIU Insurance Company

Aetna Casualty and Surety Company

Affiliated FM Insurance Company

Allianz Underwriters, Inc

American Employers Insurance Company

American Home Assurance Company

American Insurance Company

American Re-Insurance Company

Associated Indemnity Corp

Associated International Insurance

California Union Insurance Company

Certain Underwriters at Lloyds of London

Certain British carriers

Columbia Casualty Company

Continental Casualty Company

Continental Insurance Company

Employers Insurance of Wausau

Employers Mutual Casualty Company

Federal Insurance Company

MCKENNA LONG & ALDRIDGE LLP
LOS ANGELES

- 2 -

DEFENDANT DANA COMPANIES, LLC'S
CERTIFICATE AS TO INTERESTED PARTIES -
CASE NO. 2:12-cv-10490-SVW (PLAx)

LA:18000632.1

| | |
|---|---|
| 1 | Fireman's Fund Insurance Company |
| 2 | First State Insurance Company |
| 3 | Gibraltar Insurance Company |
| 4 | Granite State Insurance Company |
| 5 | Great American Insurance Company |
| 6 | Harbor Insurance Company |
| 7 | Hartford Accidental and Indemnity Company |
| 8 | International Surplus Lines Insurance Company |
| 9 | Lexington Insurance Company |
| 10 | Manhattan Fire & Marine Insurance Company |
| 11 | National Surety Corporation |
| 12 | National Union Fire Insurance Company of Pittsburgh PA, |
| 13 | Northbrook Excess and Surplus Insurance Company |
| 14 | Northbrook Insurance Company |
| 15 | North Star Reinsurance Corporation |
| 16 | Northwest National Insurance Company |
| 17 | Royal Indemnity Company |
| 18 | Safety Mutual Casualty Corp |
| 19 | Stonewall Insurance Company |
| 20 | St. Paul Surplus Lines Insurance Company |
| 21 | The Insurance Company of the State of Pennsylvania |
| 22 | Transit Casualty Company |
| 23 | Transport Indemnity Company |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

McKenna Long & Aldridge LLP
Los Angeles

- 3 -

DEFENDANT DANA COMPANIES, LLC'S
CERTIFICATE AS TO INTERESTED PARTIES -
CASE NO. 2:12-cv-10490-SVW (PLAx)

LA:18000632.1

1 | Twin City Fire Insurance Company.

Dated: December 14, 2012

Respectfully submitted,

MCKENNA LONG & ALDRIDGE LLP
William J. Sayers
Farah S. Nicol
Bradford J. DeJardin
Courtney E. Vaudreuil

By: */s/ Courtney E. Vaudreuil*
William J. Sayers
Farah S. Nicol
Bradford J. DeJardin
Courtney E. Vaudreuil

Attorneys for Defendants
**CERTAINTEED CORPORATION;
DANA COMPANIES, LLC;
METALCLAD INSULATION
CORPORATION; and UNION
CARBIDE CORPORATION**

McKenna Long &
Aldridge LLP
Los Angeles

- 4 -

DEFENDANT DANA COMPANIES, LLC'S
CERTIFICATE AS TO INTERESTED PARTIES -
CASE NO. 2:12-cv-10490-SVW (PLAx)

LA:18000632.1