JS-6

Ethan A. Horn (SBN 190296)
ehorn@napolibern.com
Justin R. Heim (SBN 290315)
jheim@napolibern.com
**NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP**
111 Corporate Drive, Suite 225
Ladera Ranch, CA 92694
Telephone: 949-234-6032
Facsimile: 949-429-0892

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY BEANE, as successor in interest to THE ESTATE OF GAITHER WARD, GARY WARD, individually; DEBRA WARD, individually; JAMES WARD, individually; and BOBBY WARD, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CBS CORPORATION, A DELAWARE CORP. F/K/A VIACOM INC., SUCCESSOR BY MERGER TO CBS CORP., A PENNSYLVANIA CORP. F/K/A WESTINGHOUSE ELECTRIC CORP., et al., et al.,<br><br>Defendants. | Case No. 2:12-cv-10490-JGB (PLAx)<br><br>**ORDER RE: VOLUNTARY DISMISSAL, WITH PREJUDICE OF DEFENDANTS WHIRLPOOL CORPORATION AND MAYTAG CORPORATION**<br><br>**Judge: Hon. Jesus G. Bernal** |

1  Pursuant to a confidential settlement agreement, the stipulation of the parties,
2  and the parties' agreement as to this Court's retention of jurisdiction to enforce the
3  settlement agreement reached, this Court shall expressly retain jurisdiction for the
4  purpose of enforcing the settlement agreement between the parties. Subject to the
5  foregoing conditions, it is hereby ordered that the above-captioned action is
6  dismissed, with prejudice, as to Defendants Whirlpool Corporation And Maytag
7  Corporation. Each party to bear their own fees, costs, and expenses if any.

Dated: May 23, 2014

HONORABLE JESUS G. BERNAL
JUDGE OF THE UNITED STATES
DISTRICT COURT

## JS-6