Ethan A. Horn (SBN 190296)
ehorn@napolibern.com
Justin R. Heim (SBN 290315)
jheim@napolibern.com
**NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP**
111 Corporate Drive, Suite 225
Ladera Ranch, CA 92694
Telephone: 949-234-6032
Facsimile: 949-429-0892

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY BEANE, as successor in interest to THE ESTATE OF GAITHER WARD, GARY WARD, individually; DEBRA WARD, individually; JAMES WARD, individually; and BOBBY WARD, individually,<br><br>Plaintiff,<br><br>vs.<br><br>CBS CORPORATION, A DELAWARE CORP. F/K/A VIACOM INC., SUCCESSOR BY MERGER TO CBS CORP., A PENNSYLVANIA CORP. F/K/A WESTINGHOUSE ELECTRIC CORP., et al., et al.,<br><br>Defendants. | Case No. 2:12-cv-10490-JGB (PLAx)<br><br>[PROPOSED] ORDER RE: VOLUNTARY DISMISSAL, WITH PREJUDICE OF DEFENDANT CBS CORPORATION, A DELAWARE CORP. F/K/A VIACOM INC., SUCCESSOR BY MERGER TO CBS CORP., A PENNSYLVANIA CORP. F/K/A WESTINGHOUSE ELECTRIC CORP.<br><br>**Judge: Hon. Jesus G. Bernal** |

1

1        Pursuant to a confidential settlement agreement, the stipulation of the parties,

2  and the parties' agreement as to this Court's retention of jurisdiction to enforce the

3  settlement agreement reached, this Court shall expressly retain jurisdiction for the

4  purpose of enforcing the settlement agreement between the parties. Subject to the

5  foregoing conditions, it is hereby ordered that the above-captioned action is

6  dismissed, without prejudice, as to Defendant CBS Corporation, a Delaware Corp.

7  f/k/a Viacom Inc., Successor by Merger to CBS Corp., a Pennsylvania Corp. f/k/a

8  Westinghouse Electric Corp. Each party to bear their own fees, costs, and expenses

9  if any.

10

11  Dated: _____June 2_____, 2014 ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

12                                HONORABLE JESUS G. BERNAL

                                     JUDGE OF THE UNITED STATES

13                                DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE: VOLUNTARY DISMISSAL, WITH PREJUDICE OF DEFENDANT CBS
CORPORATION, A DELAWARE CORP. F/K/A VIACOM INC., SUCCESSOR BY MERGER TO CBS CORP., A
PENNSYLVANIA CORP. F/K/A WESTINGHOUSE ELECTRIC CORP.